AO 450 (Rev. 5/99) Judgment in a Civil Case

FILED

# United States District Court
# Western District of Texas

AUG 3 1 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

J&J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the May 3, 2014 Floyd Mayweather, Jr. v. Marcos Rene Maidana WBC WelterweightChampionship Fight Program.

v.

SANTOS ALFONSO RAMON, Individually and d/b/a PONCHO'S MEXICAN RESTAURANT
Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-17-CV-030AMCW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that all of the claims in this lawsuit be DISMISSED WITHOUT PREJUDICE.   It signed and entered as document [ 6] by U.S. District Judge Alia Moses.

| August 31, 2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |

/s/ Blanca S. Briones
(By) Deputy Clerk